IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVEN WILSON PLAINTIFF
ADC #137147

V. NO. 5:14CV00001 JLH

GREG BOLIN *et al.* DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 19th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE